# United States District Court

## Western DISTRICT OF Texas

Filed 11.1.06
Clerk, U. S. District Court
Western District of Texas
By mnm
Deputy

UNITED STATES OF AMERICA

V.

**Armando CASAS**

## CRIMINAL COMPLAINT

CASE NUMBER: 06-5084M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 30, 2006** in **El Paso County**, in the **Western District of Texas** defendant(s) did, knowingly and intentionally possess with the intent to distribute **Marijuana**, to wit: approximately **106.2 pounds** (gross weight) of **Marijuana,** a Schedule I Controlled Substance; and did knowingly and intentionally import into the United States from the Republic of Mexico, approximately **106.2 pounds** (gross weight) of **Marijuana**, a Schedule I Controlled Substance in violation of **Title 21 United States Code, Section(s) 841(a)(1) and 952(a).**

I further state that I am an Immigration and Customs Enforcement **Special Agent** and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached and made a part hereof: X Yes ______ No

Mark R. Dawson
Signature of Complainant
Mark Dawson, Special Agent

Sworn to before me and subscribed in my presence,

November 1, 2006
Date

El Paso, Texas
City and State

Richard P. Mesa, U.S. Magistrate Judge
Name & Title of Judicial Officer

Richard P. Mesa
Signature of Judicial Officer

# AFFIDAVIT

On October 30, 2006, at approximately 1:15 p.m., Armando CASAS applied for entry into the United States from the Republic of Mexico at the Paso Del Norte Port of Entry, El Paso, Texas. CASAS was the driver and sole occupant of a red 1993 Pontiac Grand Am bearing Mexico registration 106SDV5.

CASAS approached lane number 5 primary inspection booth. CASAS gave a negative declaration for merchandise to Customs and Border Protection (CBP) Inspector Trevor Weir. Inspector Weir asked CASAS to present his immigration document, and upon doing so noticed that CASAS's hand was visibly shaking. Inspector Trevor Weir conducted a cursory inspection of the red 1993 Pontiac Grand Am and noticed the rear seat seemed to has something underneath it preventing it from sitting flat on the floor of the vehicle. Further inspection revealed tape wrapped bundles. CASAS and the red 1993 Pontiac Grand Am were then escorted into Customs secondary for further inspection.

In Secondary, Canine Enforcement Officer (CEO) Picazzo, along with Narcotics Detector Dog (NDD) "Tyson CF-16" were requested to inspect the vehicle. At that time, "Tyson CF-16" alerted to the odor of narcotics near the back seat of the vehicle. Further inspection of the red 1993 Pontiac Grand Am revealed bundles located in the back seat and in a false wall behind the back seat. One bundle was probed and a green leafy substance was field-tested, which produced positive results for Marijuana. A total of 98 bundles were removed from the vehicle for a total weight of 106.2 pounds (gross weight) of Marijuana.

Immigration and Customs Enforcement (ICE) Special Agent (SA) Mark Dawson and SA Tim Christian arrived at the Paso Del Norte Port of Entry and began an investigation. CBP Inspector Remes read CASAS his Miranda Statement of Rights in the Spanish language. CASAS acknowledged in writing that he understood his rights and agreed to make a statement without the presence of an attorney.

CASAS stated that he knew the red 1993 Pontiac Grand Am contained drugs, but did not know what type. CASAS stated that he was to be paid approximately $1500.00 U.S. dollars by an unknown individual to cross the illegal narcotics into the United States from Mexico. CASAS stated that once crossing the Marijuana laden vehicle, he was to proceed to a parking lot just north of the Paso Del Norte POE, El Paso, Texas, and park the vehicle there. CASAS stated that unknown individuals would then pick up the vehicle there. CASAS stated that he then planned on walking back to Juarez, Mexico, and it was then that he would be paid for crossing the Marijuana laden vehicle.

CASAS wrote a written statement confessing to his involvement in this Marijuana smuggling venture.